# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 6, 2017

## NO. 03-16-00713-CV

**James C. Guzman and Gloria A. Guzman, Appellants**

**v.**

**The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A., not Individually but Solely as Trustee for the Holders of Bear Stearns Asset Backed Securities Trust 2006-2, Asset Backed Securities Trust 2006-2, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on September 21, 2016. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.